UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SNYDER, | No. 1:18-cv-01063-NONE-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION |
| v. | |
| ROBERTSON, *et al.*, | (Doc. No. 18) |
| Defendants. | |

Plaintiff Joshua Snyder ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2020, the assigned magistrate judge issued findings and recommendations recommending that the federal claims presented in this action be dismissed due to plaintiff's failure to state a cognizable claim upon which relief may be granted, and that the court decline to exercise supplemental jurisdiction over plaintiff's asserted state law claims. (Doc. No. 18.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 15–16.) Plaintiff did not file objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on July 20, 2020, (Doc. No. 18), are adopted in full;
2. The federal claims presented in his complaint are dismissed, with prejudice, due to plaintiff's failure to state a claim upon which relief may be granted;
3. The exercise of supplemental jurisdiction over plaintiff's state law claims is declined, and those state law claims are dismissed without prejudice to their presentation in a complaint filed in state court; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __August 18, 2020__      _____
UNITED STATES DISTRICT JUDGE